429 A.2d 92

Commonwealth v. Pitta, Appellant.

---

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania is sitting by designation.

Submitted December 6, 1979.
Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

This decision was reached prior to the retirement of EAGEN, C. J.